# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ALEXIS ROSITANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:20-cv-00420 |
| v. ) | |
| ) | Judge Waverly D. Crenshw, Jr. |
| FREIGHTWISE, LLC and RICHARD ) | |
| HOEHN, INDIVIDUALLY, ) | Magistrate Judge Barbara D. Holmes |
| ) | |
| Defendants. ) | |

## PARTIAL MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DEFENDANT FREIGHTWISE, LLC

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant FreightWise, LLC ("FW"), hereby moves this Court for entry of an Order dismissing portions[1] of the Plaintiff's Second Amended Complaint, specifically Count IV, Count VII, Count VIII, Count X, Count XII, Count XIII, and Count XIV because the Plaintiff has failed to state a claim for those counts.

In support of this Motion, FW has filed herewith the following:

1. a Memorandum of Law in Support of this Motion;

2. attachments containing copies of eleven (11) unreported cases in support of the Motion, as follows:

   a. *Donnell v. Kohler Co.*, 2005 U.S. Dist. LEXIS 29816 (W.D. Tenn. Nov. 10 2005);

---

[1] To the extent necessary to comply with the Local Rules, Defendant FreightWise requests permission from

b. *Horne v. loandepot.com, LLC*, 2018 U.S. Dist. LEXIS 60771 (M.D. Tenn. Apr. 10, 2018);

c. *Fonseca v. Golden Living Ctr.*, 2010 U.S. Dist. LEXIS 81734 (E.D. Tenn. Aug. 10, 2010);

d. *Bellomy v. Autozone, Inc.*, 2009 Tenn. App. LEXIS 792 (Tenn. Ct. App. Nov. 24, 2009);

e. *Seay v. Fortune Plastics, Inc.*, 2012 U.S. Dist. LEXIS 23644 (W.D. Tenn. Feb. 24, 2012);

f. *Bryant v. Skyline Properties, Inc.*, 2006 U.S. Dist. LEXIS 11623 (N.D. Tex. Mar. 20, 2006);

g. *Sawyer v. Memphis Educ. Ass'n*, 2006 Tenn. App. LEXIS 729 (Tenn. Ct. App. Nov. 14, 2006);

h. *Rim v. Lab. Mgmt. Consultants, Inc.*, 2019 U.S. Dist. LEXIS 195945 (M.D. Tenn Nov. 12, 2019);

i. *Colbert & Winstead, PC v. AIG Fin. Advisors, Inc.*, 2008 U.S. Dist. LEXIS 53179 (M.D. Tenn. July 8, 2008);

j. *Werlein v. Brink's Home Sec., Inc.*, 2005 U.S. Dist. LEXIS 35785 (M.D. Tenn. Dec. 13, 2005); and

k. *Nettles v. Hotel Peabody, G.P.*, 2010 U.S. Dist. LEXIS 130731 (W.D. Tenn. Dec. 8, 2010).

Respectfully submitted,

*s/ Charles M. Cain, II*
Charles M. Cain, II (BPR No: 25301)
219 Third Avenue North
Franklin, Tennessee 37064
ccain@cain-law.com
(615) 599-1785 (Telephone)
(615) 724-1848 (Fax)
*Attorney for Defendant FreightWise, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2020, a copy of the foregoing ***Partial Motion to Dismiss Second Amended Complaint*** was served through the Court's electronic filing system and by U.S. Mail First Class, post-prepaid, to the following:

Charles Michels
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
cmichels@tpmblaw.com

David L. Cooper
Law Office of David L. Cooper, P.C.
208 Third Avenue North, Suite 300
Nashville, TN 37201
Dcooper@cooperlawfirm.com

*s/ Charles M. Cain, II*
CHARLES M. CAIN, II