# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ALEXIS ROSITANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:20-cv-00420 |
| | ) |
| FREIGHTWISE, LLC and RICHARD | ) |
| HOEHN, individually, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Partial Motion to Dismiss Second Amended Complaint by Defendant FreightWise, LLC (Doc. No. 34) is **GRANTED** as to Count VII; **GRANTED IN PART** as to Count X; and **DENIED** as to Counts IV, VIII, XII, XIII, and XIV. Plaintiff's claims for constructive discharge (Count VII) and *statutory* wage violations (Count X) are **DISMISSED**, while her potential claim for "failure to pay agreed upon compensation at common law" (Count X) may proceed. Last, Plaintiff's claim for "removal of punitive damage caps" (Count XIII) is **DISMISSED** *sua sponte* **AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE