IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| ALEXIS ROSITANO | ) | | |
| | ) | | |
| v. | ) | NO. 3:20-0420 | |
| | ) | Crenshaw/Holmes | |
| FREIGHTWISE, LLC, et al | ) | | |

**O R D E R**

On January 10, 2022 (Docket Entry No. 65), a mediator's report was filed by Joe B. Brown, mediator, reporting that the parties had successfully participated in mediation and all matters in controversy were resolved.

Therefore, as noted on the mediator's report, and subject to further orders by Chief Judge Crenshaw, by no later than **February 18, 2022,** the parties shall submit an agreed order of dismissal or other filing in resolution of this case.[1]

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] The undersigned notes for Chief Judge Crenshaw that this case is set for trial on March 15, 2022.