IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALEXIS ROSITANO, | ) |
| Plaintiff, | ) |
| V. | ) CIVIL ACTION NO. 3:20-cv-00420 |
| FREIGHTWISE, LLC, and RICHARD HOEHN, INDIVIDUALLY | ) Judge Waverly D. Crenshaw, Jr.<br>) Magistrate Judge Barbara D. Holmes<br>) **JURY DEMAND** |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, Alexis Rositano, by and through Counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby files this stipulation of voluntary dismissal with prejudice, as agreed by the parties to this matter. Each of the Parties bears its own costs and fees.

APPROVED FOR ENTRY:

*/s/Charles Michels*
Charles Michels, BPR# 031232
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
cmichels@tpmblaw.com
Attorney for Plaintiff

*/s/ Charles M. Cain, II*
CHARLES M. CAIN, II (BPR # 25301)
219 Third Ave. North
Franklin, TN 37064
(615) 599-1785
ccain@cain-law.com
*Attorney for Defendant FreightWise, LLC*

*/s/ David L. Cooper*
DAVID L. COOPER, BPR# 11445
The Law Office of David L. Cooper, PC
Third Avenue North Building
208 Third Avenue North, Suite 300
Nashville, TN 37201
(615) 256-1008
dcooper@cooperlawfirm.com
*Attorney for Defendant Richard Hoehn*

Respectfully Submitted by,

s/Charles Michels
Charles Michels, BPR# 031232
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
(615) 320-3225
cmichels@tpmblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served via this Court's ECF system to:

David L. Cooper
Law Office of David L. Cooper, P.C.
208 Third Avenue North, Suite 300
Nashville, TN 37201
*Attorney for Richard Hoehn*

Charles M. Cain, II (#025301)
219 Third Avenue North
Franklin, Tennessee 37064
Telephone:   (615) 599-1785
Facsimile:    (615) 724-1848
Email:          ccain@cain-law.com

This 23rd day of February, 2022

/s/Charles Michels
Charles Michels