# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ALEXIS ROSITANO, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:20-cv-00420 |
| FREIGHTWISE, LLC and RICHARD HOEHN, individually, | ) |
| Defendant. | ) |

## ORDER

The Plaintiff has filed a Stipulation of Dismissal (Doc. No. 68). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE